No. 9979.

### THE STATE OF LOUISIANA VS. JAMES K. DARROW.

A motion for a new trial, unaccompanied by any bill of exceptions to the ruling thereon, will not be examined. Unless the record contains either a bill of exceptions, motion in arrest of judgment, assignment of errors, or error patent on its face, the judgment will not be disturbed.

APPEAL from the Criminal District Court for the Parish of Orleans. *Baker*, J.

---

*M. J. Cunningham*, Attorney General, and *Lionel Adams*, District Attorney, for the State, Appellee.

*J. J. Foley* for Defendant and Appellant.

---

The opinion of the Court was delivered by

TODD, J. The defendant appeals from a sentence of one year's

39 677
45 441
45 840

39 677
52 1255

39 677
104 167
104 445

39 677
106 269

imprisonment at hard labor, having been convicted of inflicting a wound less than mayhem.

His only complaint here is that the trial judge refused to grant him a new trial. The motion, therefore, was founded on the separating of the jury after retiring to deliberate upon their verdict.

It suffices to say that no bill of exceptions was taken to the overruling of the motion. In the absence of such bill, containing the evidence or a statement of facts upon which the judge based his ruling, this Court is powerless to review the matter. State vs. Wire, 38 Ann. 685.

Judgment affirmed.